# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NORTHLAND CASUALTY COMPANY, | No. CV-16-29-GF-BMM |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| A-1 CONTRACTORS INC. and DANNY BRANNON | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 38), IT IS HEREBY ORDERED that the above-entitled action is dismissed on the merits, with prejudice, as fully and finally compromised, each party to pay their own costs.

DATED this 21st day of February, 2017.

Brian Morris
United States District Court Judge